UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

WIDLER DUROSEAU,

Petitioner,

v.

WARDEN, et al.,

Respondents.

CAUSE NO. 3:26-CV-473-CCB-SJF

## **ORDER**

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the respondents to release the petitioner if he was not provided with an individualized bond hearing on or before July 22, 2026. (ECF 19.) The respondents notified the court that the petitioner had a bond hearing on July 20, 2026. (ECF 21.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on July 29, 2026.

_/s/ Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT